**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DARNELL COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.  12-cv-5625** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KARYN MORGAN** *et al.*, | ) | **Judge Edmond E. Chang** |
| | ) | |
| **Defendants.** | ) | **Magistrate Judge Young B. Kim** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Darnell Cooper ("Plaintiff"), by his counsel, Paul Hastings LLP, hereby respectfully moves this Court for an Order extending the deadline for Plaintiff to file his response to the Motion for Summary Judgment of Defendants Karyn Morgan, Angelique Matuzas, Kent Ocupe, and Stacey Headlee by 14 days, to and including November 10, 2015, and in support thereof states as follows:

1.      Plaintiff, who is currently incarcerated at Stateville Correctional Center ("Stateville"), filed this action on December 27, 2012.

2.      On September 28, 2015, Defendants filed their Motion for Summary Judgment. Pursuant to this Court's order of September 14, 2015, Plaintiff's response to Defendants' Motion is currently due on October 27, 2015.

3.      Since receiving Defendants' Motion, Plaintiff and his counsel have been working diligently to prepare a response.  However, due to logistical difficulties in communicating with

an incarcerated client at Stateville, Plaintiff and his counsel require additional time to prepare the response and the necessary supporting documents.

4.      Plaintiff therefore requests a brief, 14-day extension of his deadline to file a response to Defendants' Motion, to and including November 10, 2015.

5.      This is Plaintiff's first request for an extension.  Defendants previously sought and received a 14-day extension of their deadline to file the Motion.

6.      Plaintiff has conferred with counsel for Defendants, who advised that Defendants have no objection to the relief requested herein.

WHEREFORE, Plaintiff Darnell Cooper respectfully requests that this Court enter an Order extending Plaintiff's deadline to file a response to Defendants' Motion for Summary Judgment by 14 days, to and including November 10, 2015.


Dated: October 20, 2015                          Respectfully submitted,

                                                 /s/ Christopher F. Allen

                                                 Jon A. Geier
                                                 Christopher F. Allen
                                                 Alex Maturi
                                                 Paul Hastings LLP
                                                 71 South Wacker Dr., Suite 4500
                                                 Chicago, IL  60606
                                                 Telephone:  (312) 499-6000
                                                 Facsimile:   (312) 499-6100
                                                 Email: christopherallen@paulhastings.com
                                                 *Counsel for Plaintiff Darnell Cooper*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of October 2015, I caused to be served upon all parties of record a true and correct copy of **Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment** by filing such document through the Court's Electronic Case Filing System.

<u>/s/ Christopher F. Allen</u>

Christopher F. Allen
Paul Hastings LLP
71 South Wacker Dr., Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: christopherallen@paulhastings.com
*Counsel for Plaintiff Darnell Cooper*