IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DARNELL COOPER,** ) | Case No. 12-cv-5625 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Edmond E. Chang |
| **KARYN MORGAN** *et al.*, ) | |
| ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |

## NOTICE OF MOTION

YOU ARE HEREBY NOTIFIED that at 8:30 am on Monday, October 26, 2015, I shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in Courtroom 2119, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present **Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment**, a copy of which is hereby served upon you.

Dated: October 20, 2015

Respectfully Submitted,

/s/ Christopher F. Allen

Christopher F. Allen
Paul Hastings LLP
71 South Wacker Dr., Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: christopherallen@paulhastings.com
*Counsel for Plaintiff Darnell Cooper*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2015, I caused to be served upon all parties of record a true and correct copy of the foregoing **Notice of Motion** by filing such document through the Court's Electronic Case Filing System.

/s/ Christopher F. Allen

Christopher F. Allen
Paul Hastings LLP
71 South Wacker Dr., Suite 4500
Chicago, IL  60606
Telephone:  (312) 499-6000
Facsimile:   (312) 499-6100
Email: christopherallen@paulhastings.com
*Counsel for Plaintiff Darnell Cooper*